MR. JUSTICE SHEA
specially concurring.
I concur in the decision of the majority that a writ of mandamus was not a proper remedy, but I would not confine that ruling to such holding. The record reveals that there was absolutely no foundation for many of the crucial findings and conclusions reached by the District Court adopted virtually into the proposed findings and conclusions presented by The Diehl Company, and they were total *317 ly without an evidentiary foundation. Indeed, when the smoke was cleared away, one cannot find evidence that there was ever a flame.
Because of the unusual circumstances surrounding the need for an immediate decision in this case, I have not yet prepared a detailed analysis of the evidence upon which the District Court acted. I will do so at a later time but I will not delay the opinion.